# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Lewis Hamilton,

    Plaintiff(s),

vs.

Sherwood McCabe,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-489-02-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2005 Order.

**Signed: December 6, 2005**

*[signature]*

Frank G. Johns, Clerk
United States District Court